*Carroll G. Walter* for petitioner. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for respondents.

No. 389. LUCKENBACH STEAMSHIP CO. *v.* THE SYLVAN ARROW ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Herman J. Galloway* and *George R. Shields* for petitioner. *Messrs. Chauncey I. Clark* and *Paul Speer* for respondents.

No. 395. CARNEGIE-ILLINOIS STEEL CORP. *v.* BERGER, RECEIVER. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. H. E. Hackney* and *John C. Bane, Jr.,* for petitioner. *Mr. George H. McWherter* for respondent.

No. 398. LOUISVILLE & NASHVILLE RAILROAD CO. *v.* GRIZZARD, ADMINISTRATOR. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. R. E. Steiner, B. P. Crum,* and *Robert E. Steiner, Jr.,* for petitioner. *Messrs. Richard T. Rives* and *Walter J. Knabe* for respondent.

No. 401. ALVORD ET AL. *v.* TOWN OF BELLEAIR ET AL. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. O. K. Reaves* for petitioners. *Mr. Harry L. Thompson* for respondents.